STATE v. SCOTT

No. 233A88.

Case below: 89 N.C. App. 680.

Petition by Attorney General for writ of supersedeas allowed 31 May 1988.

STATE v. WASHINGTON

No. 157P88.

Case below: 86 N.C. App. 235.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.

STATE v. WATSON

No. 112P88.

Case below: 88 N.C. App. 624.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988. Notice of appeal by Attorney General pursuant to G.S. 7A-30 dismissed 2 June 1988.

STATE v. WELCH

No. 146P88.

Case below: 89 N.C. App. 135.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 2 June 1988.

STATE v. WILHITE

No. 189P88.

Case below: 58 N.C. App. 654.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.